UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| KATHERINE MARIE ARGUELLO | Civil No. 2:18-cv-02110-BR |
|---|---|
| Plaintiff, | |
| vs., | ORDER TO PAY EAJA FEES |
| COMISSIONER SOCIAL SECURITY<br>Defendant. | |

Brown, District Court Judge:

Following my review of Plaintiff's Motion and supporting documentation, and in consideration of Defendant's stipulation, based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $13,672.32, expenses in the amount of $9.00, and costs in the amount of $6.00 shall be awarded to Plaintiff. Pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010), if it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Nancy Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 17th day of December, 2019

*Anna J. Brown*

UNITED STATES DISTRICT COURT JUDGE, Anna Brown



Submitted by: Nancy J. Meserow,  OSB No. 820895
              Attorney for Plaintiff
              /s/ Nancy J. Meserow
              Nancy J. Meserow